IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, | No. C 10-03837 SBA (PR) |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SHOW CONTINUED INTENT TO PROSECUTE THIS ACTION** |
| v. | |
| WARDEN HARRINGTON, | |
| Defendant. | |

Plaintiff filed the instant pro se civil rights complaint under 42 U.S.C. § 1983 as well as a request for leave to proceed in forma pauperis. On October 27, 2010, the Court granted Plaintiff's request for leave to proceed in forma pauperis, and the Clerk of the Court mailed a copy of the order to Plaintiff. On November 10, 2010, Plaintiff's copy of the October 27, 2010 Order was returned as undeliverable with a notation: "Return to Sender -- Inmate Refused."

Pursuant to Federal Rule of Civil Procedure 41(b), a district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order. See Link v. Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. See id. A district court should afford the litigant prior notice of its intention to dismiss. See Malone v. United States Postal Serv., 833 F.2d 128, 133 (9th Cir. 1987).

In the instant case, mail sent to Plaintiff was returned as undeliverable with a notation: "Return to Sender -- Inmate Refused." Accordingly, it is in the interests of justice and judicial efficiency for the Court to establish whether Plaintiff intends to continue to prosecute this action. Plaintiff shall file a notice of his continued intent to prosecute no later than **thirty (30) days** of the date of this Order. Failure to do so will result in the dismissal of this action without prejudice for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. See Malone, 833 F.2d

1 at 133 (the district court should afford the litigant prior notice before dismissing for failure to
2 prosecute).
3     IT IS SO ORDERED.
4 DATED: 2/1/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.10\Beard3837.41b-NOTICE2wpd

**United States District Court**
For the Northern District of California

United States District Court<br>For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  ROBERT BEARD,

            Plaintiff,                    Case Number: CV10-03837 SBA

5                                         **CERTIFICATE OF SERVICE**

      v.
6

7  HARRINGTON et al,

            Defendant.
8  _____/

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on February 2, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Robert Beard H-95755
   Salinas Valley State Prison
16 P.O. Box 1020
   Soledad, CA 93960

17
   Dated: February 2, 2011
18                                        Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28
   G:\PRO-SE\SBA\CR.10\Beard3837.41b-NOTICE3wpd